

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Apr 01 2026

ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**TERENCE NDI NYONGBELA,**                                                    **PETITIONER**
**# A 221-160-300**

**VERSUS**                                              **CIVIL ACTION NO. 5:26cv154-DCB-BWR**

**PAM BONDI, KRISTI NOEM, DIANE L.**
**WITTE, and WARDEN, ELOY**
**DETENTION CENTER**                                                          **RESPONDENTS**

### ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Terence Ndi Nyongbela is an alien detainee in the custody of the Department of Homeland Security.   He filed a Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, but it was not verified as required by 28 U.S.C. § 2242.   Since the Petition is not verified, it is insufficient to invoke federal habeas jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Nyongbela a copy of the Petition.   No later than April 15, 2026, he shall sign the document under oath and file it with the Court.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail *pro se* Petitioner Terence Ndi Nyongbela a copy of the Petition [1] along with a copy of this Order.   Petitioner shall sign the Petition under oath and file it with the Court **no later than April 15, 2026**.   Petitioner is warned that failure to timely comply with any Order of the Court or to keep the Court informed of Petitioner's current address may result in the pleading

being stricken and dismissal of this cause.

  **SO ORDERED**, this the 1st day of April, 2026.

      *s/ Bradley W. Rath*
      BRADLEY W. RATH
      UNITED STATES MAGISTRATE JUDGE