## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**TERENCE NDI NYONGBELA,**                                                 **PETITIONER**
**# A 221-160-300**

**VERSUS**                                        **CIVIL ACTION NO. 5:26cv154-DCB-BWR**

**PAM BONDI; KRISTI NOEM; DIANE L.**
**WITTE; and WARDEN, ELOY**
**DETENTION CENTER**                                              **RESPONDENTS**

### <u>ORDER REQUIRING RESPONDENTS TO ANSWER</u>

BEFORE THE COURT are pro se Petitioner Terence Ndi Nyongbela's Petition [1] and

Supplemental Petition [4] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241.  He is an

alien detainee in the custody of the Adams County Correctional Center, who challenges his

continued detention.

The Court notes that the proper Respondent is the "person having custody over the person

detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Rafael Vergara is the Warden of the

Adams County Correctional Center.  Therefore, Pam Bondi, Kristi Noem, and Warden, Eloy

Detention Center, are removed, and Vergara is added, as Respondent in this matter.  Further, the

Court has considered the matter and is of the opinion that Respondents Diane L. Witte and

Vergara shall respond to the Petition.

**IT IS THEREFORE ORDERED** that Pam Bondi, Kristi Noem, and Warden, Eloy

Detention Center, are hereby removed, and Rafael Vergara is added, as Respondents in this case.

**IT IS FURTHER ORDERED** that Respondents Diane L. Witte and Warden Vergara

shall file an answer or other responsive pleading in this case within 20 days of the service of a

copy of this Order. **Respondents shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.** If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] and Supplemental Petition [4] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondents to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Terence Ndi Nyongbela by mailing same to his last known address.

**SO ORDERED**, this the 11th day of May, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2